UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN KEARNS,<br><br>   *Plaintiff*,<br><br>  v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>   *Defendant*. | Case 1:17-cv-00434-JEB |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

  Defendant, the Federal Aviation Administration, by undersigned counsel, respectfully requests a **three-week** extension of time to file its combined reply in support of its motion for summary judgment and opposition to Plaintiff's cross-motion for summary judgment. Defendant's reply is currently due on December 21, 2017, and the requested extension would move that deadline to **January 11, 2018**. Undersigned counsel has conferred with counsel for Plaintiff, and Plaintiff consents to this motion.

  There is good cause for the extension—namely, the press of undersigned counsel's other work. In the past two weeks undersigned counsel has been responsible for a motion for summary judgment due on December 13, 2017, in *Bernegger v. Executive Office for United States Attorneys*, No. 17-563-RDM (D.D.C.); a motion for summary affirmance due on December 15, 2017, in *Iyoha v. Architect of the Capitol*, No. 17-5252 (D.C. Cir.); a motion for summary judgment due on December 18, 2017, in *Aguiar v. Drug Enforcement Administration*, No. 14-420-ESH (D.D.C.); a motion for summary judgment due on December 18, 2017, in *Climate Investigations Center v. Department of Energy*, No. 16-124-APM (D.D.C.); a hearing on a motion for a preliminary

injunction held on December 19, 2017, in *Open Communities Alliance, et al. v. Carson, et al.*, No. 17-2192-BAH (D.D.C.); and an opposition to a motion to intervene due on December 21, 2017, and a reply in support of a motion to dismiss due on December 22, 2017, both in *LaVergne, et al. v. U.S. House of Representatives*, *et al.*, No. 17-793-CKK-CP-RDM (D.D.C.). These matters have prevented undersigned counsel from preparing the reply for this case, thereby warranting the extension.

Defendant also asks that the Court extend Plaintiff's reply deadline by an equivalent amount of time, to February 9, 2018.

Dated: December 19, 2017

Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:   /s/ Johnny Walker
JOHNNY H. WALKER, D.C. Bar #991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
Email: johnny.walker@usdoj.gov

*Counsel for Defendant*